1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10
11    TROY T. SHERMAN, JR.,                Case No. 25-cv-00940 NC (PR)
12                Petitioner,
                                           **ORDER OF TRANSFER**
13         v.
14
      PEOPLE OF THE STATE OF CA,
15                Respondent.
16

17

18         Petitioner, a state prisoner at the Serra Conservation Center in Tuolumne County,

19   has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254.  *See* Dkt. No. 1.

20   Petitioner challenges his state conviction out of Placer County.  *Id.* at 1.

21         Venue for a habeas action is proper in either the district of confinement or the

22   district of conviction.  *See* 28 U.S.C. § 2241(d).  Here, Petitioner was convicted in Placer

23   County and is currently confined in Tuolumne County, which both lie within the venue of

24   the United States District Court for the Eastern District of California.  *See* 28 U.S.C. §

25   84(b).  Therefore, venue properly lies in the Eastern District and not in this one.  *See* 28

26   U.S.C. § 1391(b).  Accordingly, this case is **TRANSFERRED** to the United States District

27

28

United States District Court
Northern District of California

Court for the Easter District of California.  *See* 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

**IT IS SO ORDERED.**

DATED:  <u>February 6, 2025</u>

NATHANAEL M. COUSINS
United States Magistrate Judge

Order of Transfer
PRO-SE\NC\HC 2024\00940Sherman_transfer(ED)

United States District Court
Northern District of California