IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY T. SHERMAN, JR.,<br><br>        Petitioner,<br><br>   v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>        Respondent. | No. 2:25-CV-0492-DJC-DMC-P<br><br>ORDER |

      Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254. Pending before the Court is Petitioner's petition, ECF No. 1.

      "A petitioner for habeas corpus relief must name the state officer having custody of him or her as the respondent to the petition." Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994); see also Rule 2(a), Federal Rules Governing Section 2254 Cases. Because Petitioner has not named the appropriate state officer, Petitioner will be provided leave to amend to correct this technical defect by naming the correct respondent. See Stanley, 21 F.3d at 360. Petitioner is warned that failure to comply with this order may result in the dismissal of this action. See Local Rule 110.

/ / /

1          Accordingly, IT IS HEREBY ORDERED that:

2          1.     Petitioner's petition for writ of habeas corpus, ECF No. 1, is dismissed
3 with leave to amend;

4          2.     Petitioner shall file an amended petition on the form employed by this
5 court, and which names the proper respondent and states all claims and requests for relief, within
6 30 days of the date of this order; and

7          3.     The Clerk of the Court is directed to send Petitioner the Court's form
8 habeas corpus application.

10 Dated: February 21, 2025

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2